UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON BREAUX AND MELONY BREAUX     CIVIL ACTION

VERSUS     NUMBER 06-736-FJP-DLD

FIRST FINANCIAL INSURANCE
COMPANY, DALTON LUMBER CO.,
INC. & JOHNNY MASSEY

## RULING

This matter is before the Court on the motion for summary judgment by defendant Progressive Security Insurance Company.[1] The plaintiffs have filed an opposition to the motion.[2] After a review of the briefs and the record in this case, the Court finds that Progressive's motion for summary judgment is premature at this time. The Court must first determine whether the insurance policies of First Financial Insurance Company and GEICO adequately compensate plaintiffs for the injuries they sustained in their automobile accident. If not, they may then have a claim against the Progressive policy. Because discovery is ongoing and the Court cannot determine the amount of damages plaintiffs may be able to recover in this case from the present record, Progressive's motion

---

[1] Rec. Doc. No. 45.

[2] Rec. Doc. No. 60.

Doc#45139

for summary is premature and must be dismissed without prejudice.

Therefore it is ordered that Progressive's motion for summary judgment is denied without prejudice reserving to Progressive the right to file another motion for summary judgment should the established facts in the record support such a motion at that time.

Baton Rouge, Louisiana, July 22, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45139